# Third District Court of Appeal

## State of Florida

Opinion filed May 20, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2407
Lower Tribunal No. 17-15662 TPB D001

_____

**S.A., the Mother,**
Appellant,

vs.

**Department of Children and Families, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Yery Marrero, Judge.

S. A., the Mother, in proper person.

Karla Perkins, B.C.S., for appellee Department of Children & Families; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Laura J. Lee, Assistant Director of Appeals (Tallahassee), for appellee Guardian ad Litem.

Before SCALES, C.J., and LOGUE and LOBREE, JJ.

PER CURIAM.

The evidence admitted at trial supports the trial court's findings that S.A. has not substantially complied with the case plan and that termination of S.A.'s parental rights is the least restrictive means to protect A.M.A. from harm. Furthermore, the record expressly contradicts S.A.'s claims that she was deprived of the right to participate in the trial and was not represented by counsel at trial. Accordingly, we affirm. See generally G.C. v. Dep't of Child. & Fams., 337 So. 3d 446, 448 (Fla. 3d DCA 2022).

Affirmed.